## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2002 | **DATE** | 3/26/2003 |
| **CASE TITLE** | Rodney M. Patton vs. Tammy Cadenza, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. As for Patton's Application, it has not been accompanied with a printout showing transactions in Patton' trust fund account for the six-month period preceding his filing, as is required by 28 U.S.C. 1915(2). And if Patton has also been confined in some other correctional institution during that six-month period, a similar printout must be obtained from that institution as well. Those materials must be transmitted to this Court's chambers on or before April 22, 2003.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | **MAR 27 2003** | |
| | Notified counsel by telephone. | | | date docketed | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | 3/26/2003 | |
| | | | | date mailed notice | |
| SN | courtroom deputy's Initials | | | SN | |
| | | | Date/time received in Central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RODNEY M. PATTON #064341, )
)
        Plaintiff, )
)
v. ) No. 03 C 2002
)
TAMMY CADENZA, et al., )
)
        Defendants. )

DOCKETED MAR 27 2003

## MEMORANDUM ORDER

Kane County Jail ("Jail") inmate Rodney Patton ("Patton") has used the form of 42 U.S.C. §1983[1] Complaint provided by this District Court's Clerk's Office to assert a claim against several defendants affiliated with the Jail, while coupling his the Complaint with an In Forma Pauperis Application ("Application"). This memorandum order is issued sua sponte to address problems posed by both of those documents.

As for the Complaint, Patton asserts in Complaint ¶III.A that no grievance procedure is available at the Jail. That seems doubtful, and Section 1997e(a) prohibits the filing of an action such as Patton's "until such administrative remedies as are available are exhausted." Accordingly a copy of this memorandum order is being sent to the Jail with a request that an appropriate official there transmit to this Court's chambers on or before April 8, 2003 (with a copy being furnished to Patton) a

---

[1] All further references to Title 42's provisions will simply take the form "Section--."

statement that either identifies the administrative remedies provided there or confirms that none are provided.

As for the Application, it has not been accompanied with a printout showing transactions in Patton's trust fund account for the six-month period preceding his filing, as is required by 28 U.S.C. §1915(a)(2). And if Patton has also been confined in some other correctional institution during that six-month period (as seems to be indicated by his forwarding letter, which refers to his having been transferred before suit was filed), a similar printout must be obtained from that institution as well. Those materials must be transmitted to this Court's chambers on or before April 22, 2003.

Milton I. Shadur
Senior United States District Judge

Date: March 26, 2003